THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD E. ANIBALLI, JR., Defendant-Appellant.

(No. 72-187; )

Second District—August 7, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Brittain, Ketcham, Strass & Terlizzi, of Elgin, for appellant.

William J. Cowlin, State's Attorney, of Woodstock, for the People.